### WILLIAMS *v.* WILLIAMS

HILL, J. On conflicting evidence the court did not err in granting the amount of temporary alimony, and of attorneys' fees, to which exception is taken.     *Judgment affirmed. All the Justices concur.*

No. 8319. OCTOBER 15, 1931.

*Lee W. Branch,* for plaintiff in error.
*Bennet & Bennet* and *Wilcox, Connell & Wilcox,* contra.